# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| BRAD PATTERSON, on behalf of himself and others similarly situated,<br><br>      Plaintiff,<br> v.<br><br>OPTUMRX, INC.,<br><br>      Defendant. | Civil Case No.: 1:24-cv-689-TWP-KMB |

## JOINT MOTION TO EXTEND CERTAIN CASE DEADLINES

Brad Patterson ("Plaintiff") and OptumRx, Inc. ("Defendant") jointly move this Court to extend the case deadlines set forth in this Court's Order Granting Joint Motion to Extend Case Management Deadlines ("Order", ECF No. 42). For the reasons set forth below, there is good cause for the requested relief, and this Court should grant the parties' joint motion.

1. On June 25, 2024, this Court entered its Case Management Plan setting case deadlines for this matter. ECF No. 26.

2. On March 30, 2025, the parties filed their Joint Motion to Extend Remaining Case Deadlines by Thirty Days (ECF No. 41), which this Court granted on April 8, 2025 (ECF No. 42).

3. The parties have recently agreed to participate in a mediation in an attempt to reach an amicable resolution of this matter. The mediation is scheduled for September 3, 2025.

4. The parties intend to focus their efforts on this mediation. For this reason, and in an effort to avoid unnecessarily expending the time and resources of this Court and the parties in the event resolution can be reached, the parties jointly seek to extend the case deadlines set forth in this Court's Order to provide sufficient time to complete mediation.

5. The parties thus request an order extending the following case deadlines by fourteen weeks:

    a. Parties' deadline to complete non-expert and liability discovery: **September 18, 2025**.

    b. Defendant's expert witness disclosure deadline: **September 29, 2025**.

    c. Plaintiff's deadline to move for class certification: **October 20, 2025**.

    d. The parties' deadline to file and serve Final Witness and Exhibit Lists: **October 27, 2025**.

    e. The parties' deadline to complete expert witness discovery: **January 7, 2026**.

6. The parties also request an order extending the following case deadlines by nine weeks:

    a. Parties' dispositive motion deadline: **February 2, 2026**.

    b. If both parties anticipate filing a motion for summary judgment, the joint proposed briefing schedule is due **December 18, 2025**.

7. The parties further propose that they file a joint status report advising the Court of the status of the matter, no later than ten days after the date of the mediation.

8. The parties do not anticipate that this request will impact the final pretrial conference scheduled on June 17, 2026. In all other respects, the Case Management Plan issued on June 25, 2024 (ECF No. 26), will remain in effect, including the "required pre-trial preparation" outlined in Section VIII.

9. This joint motion is filed for good cause and not for the purpose of delay.

WHEREFORE, the parties request that the Court enter an order granting this joint motion.

Dated: June 4, 2025

| | |
|---|---|
| */s/ James L. Davidson* | */s/ Carolyn A. DeLone* |
| James L. Davidson | Adam K. Levin |
| GREENWALD DAVIDSON RADBIL PLLC | Carolyn A. DeLone |
| | Katherine I. Culora |
| 5550 Glades Road, Suite 500 | E. Fleming Farrell |
| Boca Raton, Florida 33431 | HOGAN LOVELLS US LLP |
| Tel: (561) 826-5477 | 555 13th Street NW |
| jdavidson@gdrlawfirm.com | Washington, DC 20004 |
| | Tel: (202) 637-5600 |
| Anthony I. Paronich | Fax: (202) 637-5910 |
| PARONICH LAW, P.C. | adam.levin@hoganlovells.com |
| 350 Lincoln Street, Suite 2400 | carrie.delone@hoganlovells.com |
| Hingham, MA 02043 | katherine.culora@hoganlovells.com |
| Tel: (617) 485-0018 | fleming.farrell@hoganlovells.com |
| Fax: (508) 318-8100 | |
| anthony@paronichlaw.com | Paul A. Wolfla |
| | FAEGRE DRINKER BIDDLE & REATH LLP |
| *Counsel for Plaintiff and the proposed class and subclass* | 300 N. Meridian Street, Suite 2500 |
| | Indianapolis, IN 46204 |
| | Tel: (317) 237-1241 |
| | Fax: (317) 237-1000 |
| | Paul.Wolfla@faegredrinker.com |
| | |
| | *Counsel for Defendant OptumRx, Inc.* |