# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| BRAD PATTERSON, on behalf of himself and others similarly situated,<br><br>　　　　　　　　Plaintiff,<br>　v.<br>OPTUMRX, INC.,<br>　　　　　　　　Defendant. | Civil Case No.: 1:24-cv-689-TWP-KMB |

## [PROPOSED] ORDER GRANTING
## JOINT MOTION TO EXTEND CERTAIN CASE DEADLINES

Presently before the Court is the parties' Joint Motion to Extend Certain Case Deadlines. The motion is **GRANTED**, and the Court hereby sets the following amended case management deadlines:

- Parties' deadline to complete non-expert and liability discovery: **September 18, 2025**
- Defendant's expert witness disclosure deadline: **September 29, 2025**
- Plaintiff's deadline to move for class certification: **October 20, 2025**
- Parties' deadline to file and serve Final Witness and Exhibit Lists: **October 27, 2025**
- Parties' deadline to complete expert witness discovery: **January 7, 2026**
- Parties' dispositive motion deadline: **February 2, 2026**
  - If both parties anticipate filing a motion for summary judgment, then they must file a joint proposed briefing schedule by **December 18, 2025**.
- The parties shall file a joint status report advising the Court of the status of the matter, no later than ten days after the date of the mediation.

In all other respects, the Case Management Plan issued on June 25, 2024, remains in effect. [Dkt. 26].

    **SO ORDERED.**

    Dated this ___ day of June, 2025.

_____
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email