UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| BRAD PATTERSON, on behalf of himself and others similarly situated,<br><br>      Plaintiff,<br> v.<br><br>OPTUMRX, INC.,<br><br>      Defendant. | Civil Case No.: 1:24-cv-689-TWP-KMB |

**JOINT MOTION TO CONTINUE**
**FINAL PRETRIAL CONFERENCE AND TRIAL**

Brad Patterson ("Plaintiff") and OptumRx, Inc. ("Defendant") jointly move this Court to continue the final pretrial conference and trial set forth in this Court's Scheduling Order (ECF No. 32). For the reasons set forth below, there is good cause for the requested relief, and this Court should grant the parties' joint motion.

1. On June 4, 2025, the parties filed a Joint Motion to Extend Certain Case Deadlines. ECF No. 50.

2. The Court granted the parties' Joint Motion to Extend Certain Case Deadlines on June 9, 2025, and ordered the parties to file a joint motion to continue the currently scheduled final pretrial conference and trial date. ECF No. 51.

3. The parties thus request an order continuing the final pretrial conference and trial by fourteen weeks, which aligns with the recently extended deadlines:

 a. Final pretrial conference: on or after **September 23, 2026**

 b. Jury trial: on or after **October 19, 2026**

4. This joint motion is filed for good cause and not for the purpose of delay.

WHEREFORE, the parties request that the Court enter an order granting this joint motion.

1

Dated: June 12, 2025

| | |
|---|---|
| */s/ James L. Davidson* | */s/ Carolyn A. DeLone* |
| James L. Davidson | Adam K. Levin |
| GREENWALD DAVIDSON RADBIL PLLC | Carolyn A. DeLone |
| 5550 Glades Road, Suite 500 | Katherine I. Culora |
| Boca Raton, Florida 33431 | E. Fleming Farrell |
| Tel: (561) 826-5477 | HOGAN LOVELLS US LLP |
| jdavidson@gdrlawfirm.com | 555 13th Street NW |
| | Washington, DC 20004 |
| Anthony I. Paronich | Tel: (202) 637-5600 |
| PARONICH LAW, P.C. | Fax: (202) 637-5910 |
| 350 Lincoln Street, Suite 2400 | adam.levin@hoganlovells.com |
| Hingham, MA 02043 | carrie.delone@hoganlovells.com |
| Tel: (617) 485-0018 | katherine.culora@hoganlovells.com |
| Fax: (508) 318-8100 | fleming.farrell@hoganlovells.com |
| anthony@paronichlaw.com | |
| | Paul A. Wolfla |
| *Counsel for Plaintiff and the proposed class and subclass* | FAEGRE DRINKER BIDDLE & REATH LLP |
| | 300 N. Meridian Street, Suite 2500 |
| | Indianapolis, IN 46204 |
| | Tel: (317) 237-1241 |
| | Fax: (317) 237-1000 |
| | Paul.Wolfla@faegredrinker.com |
| | |
| | *Counsel for Defendant OptumRx, Inc.* |