# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| BRAD PATTERSON, on behalf of himself and others similarly situated,<br><br>     Plaintiff,<br> v.<br><br>OPTUMRX, INC.,<br><br>     Defendant. | Civil Case No.: 1:24-cv-689-TWP-KMB |

### [PROPOSED] ORDER GRANTING JOINT MOTION TO CONTINUE FINAL PRETRIAL CONFERENCE AND TRIAL

Presently before the Court is the parties' Joint Motion to Continue Final Pretrial Conference and Trial. The motion is **GRANTED**, and the Court hereby continues the final pretrial conference and trial:

- Final pretrial conference: **September 23, 2026**
- Jury trial: **October 19, 2026**

**SO ORDERED.**

Dated this ___ day of June, 2025.

_____
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

1