UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| BRAD PATTERSON, on behalf of himself and others similarly situated,<br><br>     Plaintiff,<br> v.<br><br>OPTUMRX, INC.,<br><br>     Defendant. | Civil Case No.: 1:24-cv-689-TWP-KMB |

**ORDER GRANTING JOINT MOTION TO CONTINUE
FINAL PRETRIAL CONFERENCE AND TRIAL**

Presently before the Court is the parties' Joint Motion to Continue Final Pretrial Conference and Trial. The motion is **GRANTED**.

IT IS THEREFORE ORDERED that the June 17, 2026 trial and the July 13, 2026 final pretrial conference are **VACATED.** This action is **RESCHEDULED** for a final pretrial conference on October 1, 2026 at 10:00 a.m. in Room 344 and trial by jury on October 26, 2026 at 9:00 a.m. in Room 344, Birch Bayh Federal Building and United States Courthouse, Indianapolis, Indiana.

**SO ORDERED.**

Date: 6/20/2025

                  Hon. Tanya Walton Pratt, Chief Judge
                  United States District Court
                  Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email