UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRAD PATTERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:24-cv-00689-TWP-KMB |
| ) | |
| OPTUMRX, INC., ) | |
| ) | |
| Defendant. ) | |

## ENTRY AND ORDER FROM TELEPHONIC STATUS CONFERENCE

The Parties, by counsel, appeared for a Telephonic Status Conference on July 16, 2025, with Magistrate Judge Kellie M. Barr. The Court and counsel discussed overall case status and that the case is scheduled for a private mediation on September 3, 2025. Counsel are ordered to promptly notify the Court the result of the private mediation and any proposed next steps for the case.

**SO ORDERED.**

Date: 7/17/2025

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email