UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| BRAD PATTERSON, on behalf of himself and others similarly situated,<br><br>      Plaintiff,<br> v.<br><br>OPTUMRX, INC.,<br><br>      Defendant. | Civil Case No.: 1:24-cv-689 |

## JOINT STATUS REPORT

The parties submit this status report following their September 3, 2025 mediation to report that they have reached an agreement to settle this case on a class-wide basis. The parties are preparing the appropriate paperwork and anticipate filing a motion for preliminary approval within the next 30 days.

WHEREFORE, the parties therefore respectfully request that this Court provide them with approximately thirty days—until October 6, 2026—to work in good faith and finalize their class action agreement and for Mr. Patterson to file his unopposed motion for preliminary approval of the class action settlement. The parties further request that the Court vacate the deadlines provided for in the Court's June 9, 2025 Order Granting Joint Motion to Extend Certain Case Deadlines (Dkt. 51).

Dated: September 4, 2025

                 /s/ Anthony I. Paronich
                 Anthony I. Paronich
                 PARONICH LAW, P.C.
                 350 Lincoln Street, Suite 2400
                 Hingham, MA 02043

Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

Counsel for Plaintiff and the proposed class


*/s/ Carolyn A. DeLone*
Adam K. Levin
Carolyn A. DeLone
Katherine I. Culora
E. Fleming Farrell
HOGAN LOVELLS US LLP
555 13th Street NW
Washington, DC 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
adam.levin@hoganlovells.com
carrie.delone@hoganlovells.com
katherine.culora@hoganlovells.com
fleming.farrell@hoganlovells.com

Paul A. Wolfla
FAEGRE DRINKER BIDDLE & REATH LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Tel: (317) 237-1241
Fax: (317) 237-1000
Paul.Wolfla@faegredrinker.com

*Counsel for Defendant OptumRx, Inc.*