UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRAD PATTERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:24-cv-00689-TWP-KMB |
| ) | |
| OPTUMRX, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER REGARDING PARTIES' JOINT STATUS REPORT**

The Parties in this case have submitted a Joint Status Report, stating that "following their September 3, 2025 mediation[, they] report that they have reached an agreement to settle this case on a class-wide basis. The parties are preparing the appropriate paperwork and anticipate filing a motion for preliminary approval within the next 30 days." [Dkt. 56.]

Other than the single deadline set in this Order, all pending motions, if any, are now **DENIED AS MOOT** and all previously ordered dates relating to discovery, filings, schedules, conferences, and trial, if any, are **VACATED**. **Within 30 days** of the date of this Order, the Parties shall file the motion for preliminary approval. Additional time may be granted if requested in writing before expiration of this period.

**SO ORDERED**.

Date: 9/8/2025

_Kellie M. Barr_
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

Katherine Culora
Hogan Lovells LLP
katherine.culora@hoganlovells.com

James L. Davidson
Greenwald Davidson Radbil PLLC
jdavidson@gdrlawfirm.com

Carolyn Anne DeLone
Hogan Lovells US LLP
carolyn.delone@hoganlovells.com

Fleming Farrell
Hogan Lovells US LLP
fleming.farrell@hoganlovells.com

Adam K. Levin
Hogan Lovells US LLP
adam.levin@hoganlovells.com

Dana J. Oliver
OLIVER LAW CENTER, INC.
8780 19th Street &#035;559
Rancho Cucamonga, CA 91701

Anthony Paronich
PARONICH LAW. P.C.
anthony@paronichlaw.com

Paul A. Wolfla
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
paul.wolfla@faegredrinker.com