# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| BRAD PATTERSON, on behalf of himself and others similarly situated,<br><br>                     Plaintiff,<br>   v.<br><br>OPTUMRX, INC.,<br><br>                     Defendant. | Civil Case No.: 1:24-cv-689-TWP-KMB |

**PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEYS' FEES, COSTS, LITIGATION EXPENSES, AND A SERVICE AWARD**

Brad Patterson, through undersigned counsel, and in line with the Court-approved class notice, seeks an award of attorneys' fees in the amount of $580,796.42, which is equal to 31.2% of the total common fund, or 36% of the net common fund after deducting the costs of class notice and administration, the requested service award, and Class Counsel's costs and litigation expenses. As well, Class Counsel respectfully request reimbursement of their costs and litigation expenses totaling $28,925.60. Additionally, Mr. Patterson seeks a service award of $10,000.

As set forth more fully in the accompanying brief in support, these requests are reasonable, justified, and in line with awards approved in similar TCPA class actions in this district and elsewhere nationwide.

### Certificate of Conferral Pursuant to LR 7-1(g)

Undersigned counsel has conferred with counsel for Defendant, who does not intend to oppose this motion.

Date: December 30, 2025

/s/ *James L. Davidson*
James L. Davidson
GREENWALD DAVIDSON RADBIL PLLC
5550 Glades Road, Suite 500
Boca Raton, Florida 33431
Tel: (561) 826-5477
jdavidson@gdrlawfirm.com

Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

*Class Counsel*