UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRAD PATTERSON on behalf of himself and others similarly situated., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:24-cv-00689-TWP-KMB ) |
| OPTUMRX, INC., | ) ) |
| Defendant. | ) |

## NOTICE

The docket shall reflect that Court received a voice mail message from a potential class member, which has been forwarded to all counsel via email from the Courtroom Deputy Clerk.

**IT IS SO ORDERED.**

Date: 1/5/2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Katherine Culora
Hogan Lovells LLP
katherine.culora@hoganlovells.com

James L. Davidson
Greenwald Davidson Radbil PLLC
jdavidson@gdrlawfirm.com

Carolyn Anne DeLone
Hogan Lovells US LLP
carolyn.delone@hoganlovells.com

Fleming Farrell
Hogan Lovells US LLP
fleming.farrell@hoganlovells.com

Adam K. Levin
Hogan Lovells US LLP
adam.levin@hoganlovells.com

Dana J. Oliver
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701

Anthony Paronich
PARONICH LAW. P.C.
anthony@paronichlaw.com

Paul A. Wolfla
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
paul.wolfla@faegredrinker.com