**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| BRAD PATTERSON on behalf of himself and others similarly situated., <br><br> Plaintiff, <br><br> v. <br><br> OPTUMRX, INC., <br><br> Defendant. | ) ) ) ) ) ) ) No. 1:24-cv-00689-TWP-KMB ) ) ) ) ) |

**NOTICE**

The Court has received Settlement Claim Forms which contain this case number. The **clerk is directed** to docket the Settlement Claim Forms using the Notice (other) event to reflect receipt of these forms from potential class members.

**IT IS SO ORDERED.**

Date: 1/23/2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Katherine Culora
Hogan Lovells LLP
katherine.culora@hoganlovells.com

James L. Davidson
Greenwald Davidson Radbil PLLC
jdavidson@gdrlawfirm.com

Carolyn Anne DeLone
Hogan Lovells US LLP
carolyn.delone@hoganlovells.com

Fleming Farrell
Hogan Lovells US LLP
fleming.farrell@hoganlovells.com

Adam K. Levin
Hogan Lovells US LLP
adam.levin@hoganlovells.com

Anthony Paronich
PARONICH LAW. P.C.
anthony@paronichlaw.com

Paul A. Wolfla
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
paul.wolfla@faegredrinker.com