


CLASS MEMBER ID: 83307HGN05ZZ1

VISIT THE SETTLEMENT WEBSITE BY SCANNING THE PROVIDED QR CODE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

*Patterson vs. OptumRx, Inc.*, No. 1:24-cv-00689 -TWP-KMB (S.D. Ind.)

### SETTLEMENT CLAIM FORM

To receive a payment you must enter all requested information above, and sign and mail this settlement claim form, postmarked on or before February 4, 2026. You may also submit a claim electronically at www.OptumRxTCPAClassActionSettlement.com.

CLASS MEMBER ID: 83307HGN05ZZ1

ALBERT BISHOP
117 SUNBELT WAY
BRUNSWICK GA 31523-6412

If different address from the preprinted data on the left, please print your correct information.

First Name _____ Last Name _____
Address _____
City _____ State _____ ZipCode _____

OptumRx, Inc. placed a clinical adherence call—other than calls regarding a prescription refill reminder or calls regarding a COVID-19 vaccine—to my cellular telephone or my VOIP service telephone, using an artificial or prerecorded voice, between April 20, 2020 and October 22, 2025, even though I was not an OptumRx, Inc. customer or account holder. I wish to participate in this settlement.

Telephone Number at which I received the call(s): (912) 399-5999

### SIGN AND DATE YOUR CLAIM FORM

I declare under penalty of perjury that the information supplied in this Claim Form is true and correct. I authorize the Settlement Administrator to contact me, using the contact information set forth above, to obtain any necessary supplemental information.

Signature: *Albert Bishop*   Print Name: ALBERT BISHOP   Dated: 12/26/2025

Patterson v. OptumRx
c/o Kroll Settlement Administration LLC
P.O. Box 225391
New York NY 10150-5391

JACKSONVILLE RPDC 320
31 DEC 2025 AM 3 E

PRESORTED
FIRST-CLASS
U.S. POSTAGE
PAID
LANSDALE, PA
PERMIT 491

ELECTRONIC SERVICE REQUESTED



CLASS MEMBER ID: 83307HGN05ZZ1

Postal Service: Please do not mark barcode

T15 'P1 ******************AUTO**ALL FOR AADC 320    13601
ALBERT BISHOP
117 SUNBELT WAY
BRUNSWICK GA 31523-6412

This is a notice of a settlement of a class action lawsuit.

This is not a notice of a lawsuit against you.

If you are a person to whom OptumRx, Inc. placed, or caused to be placed, a clinical adherence call, other than calls regarding prescription refill reminders or calls regarding COVID-19 vaccines, directed to a number assigned to a cellular telephone or VOIP service, but not assigned to an OptumRx, Inc. customer or account holder, in connection with which OptumRx, Inc. used, or caused to be used, an artificial or prerecorded voice from April 20, 2020 through October 22, 2025, you may be entitled to compensation as a result of the settlement in this class action lawsuit.

*Patterson vs. OptumRx, Inc.*, No. 1:24-cv-00689-TWP-KMB (S.D. Ind.)

A federal court authorized this notice.

This is not a solicitation from a lawyer.

Please read this notice carefully. It summarily explains your potential rights and options to participate in a class action settlement.

**Return address:**
LAND OF THE FREE
Albert E. & Patricia S. Bishop
117 Sunbelt Way
Brunswick GA 31523-8412

**Postmark:** JACKSONVILLE FL DC 320, 13 JAN 2026

**Addressee:**
Biiech Bayh
Federal Building
U.S. Court house At 101
Indiana Ave
Indanopolis, IN 46304

**Filed stamp:** FILED JAN 22 2026 U.S. DISTRICT COURT INDIANAPOLIS, INDIANA