# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| BRAD PATTERSON, on behalf of himself and others similarly situated,<br><br>     Plaintiff,<br> v.<br><br>OPTUMRX, INC.,<br><br>     Defendant. | Civil Case No.: 1:24-cv-689-TWP-KMB |

**PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Brad Patterson, through undersigned counsel, seeks final approval of the Parties' class action settlement. As set forth more fully in the accompanying brief in support, there were no objections to the settlement, while only one person excluded herself from the settlement. Moreover, the settlement is fair, reasonable, and adequate under Rule 23(e).

### Certificate of Conferral Pursuant to LR 7-1(g)

Undersigned counsel has conferred with counsel for OptumRx, Inc., who does not oppose final approval of the settlement.

Date: February 23, 2026

*/s/ James L. Davidson*
James L. Davidson
GREENWALD DAVIDSON RADBIL PLLC
5550 Glades Road, Suite 500
Boca Raton, Florida 33431
Tel: (561) 826-5477
jdavidson@gdrlawfirm.com

Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

*Class Counsel*