**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

BRAD PATTERSON on behalf of himself and )
others similarly situated., )
                                                                   )
                        Plaintiff, )
                                                                     )
                      v. )         No. 1:24-cv-00689-TWP-KMB
                                                                     )
OPTUMRX, INC., )
                                                                   )
                      Defendant. )

## ENTRY FOLLOWING FAIRNESS HEARING HELD MARCH 31, 2026
## THE HONORABLE TANYA WALTON PRATT

This matter was before the Court regarding the fairness and adequacy of the proposed settlement. Anthony Paronich appeared on behalf of all Plaintiffs. Katherine Culora appeared on behalf of Defendant. The Court Reporter was David Moxley.

No objectors appeared. No members of the settlement class appeared.

No written objections were filed.

Attorney Paronich presented argument in support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement (Filing No. 65).

Attorney Culora indicated Defendant OptumRx, Inc.'s support of the Motion.

The Court found the settlement fair and reasonable and will grant Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement (Filing No. 65) and Plaintiffs' Motion for Attorney Fees and Costs, Litigation Expenses, and a Service Award (Filing No. 60).

Final Order will issue separately.

**IT IS SO ORDERED.**

Date:   3/31/2026

                                                     Hon. Tanya Walton Pratt, Judge
                                                     United States District Court
                                                     Southern District of Indiana

Distribution:

Katherine Culora
Hogan Lovells LLP
katherine.culora@hoganlovells.com

James L. Davidson
Greenwald Davidson Radbil PLLC
jdavidson@gdrlawfirm.com

Carolyn Anne DeLone
Hogan Lovells US LLP
carolyn.delone@hoganlovells.com

Fleming Farrell
Hogan Lovells US LLP
fleming.farrell@hoganlovells.com

Adam K. Levin
Hogan Lovells US LLP
adam.levin@hoganlovells.com

Dana J. Oliver
OLIVER LAW CENTER, INC.
8780 19th Street &#035;559
Rancho Cucamonga, CA 91701

Anthony Paronich
PARONICH LAW. P.C.
anthony@paronichlaw.com

Paul A. Wolfla
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
paul.wolfla@faegredrinker.com