**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| BRAD PATTERSON on behalf of himself and others similarly situated., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:24-cv-00689-TWP-KMB |
| OPTUMRX, INC., | ) ) ) | |
| Defendant. | ) | |

**ORDER APPROVING PLAINTIFFS' MOTION FOR ATTORNEYS FEES,**
**COSTS, EXPENSES, AND AN INCENTIVE AWARD**

This matter is before the Court on Plaintiff's Motion for an Award Of Attorneys' Fees, Costs, Litigation Expenses, and a Service Award (Filing No. 60). Plaintiff Brad Patterson, on behalf of himself and others similarly situated ("Plaintiff") filed a class action complaint against OptumRx, Inc. ("Defendant") in the United States District Court for the Southern District of Indiana, No. 1:24- cv-00689 (the "Lawsuit"), asserting class claims under the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227.

On or around October 8, 2025, after extensive arm's-length negotiations, Plaintiff and Defendant (the "Parties") entered into a written class action settlement agreement (the "Agreement"), (Filing No. 58-1), Ex. A, which is subject to review under Fed. R. Civ. P. 23.

On October 8, 2025, the Parties filed the Agreement, along with Plaintiff's unopposed motion for preliminary approval of class action settlement (the "Preliminary Approval Motion"). (Filing No. 58). In compliance with the Class Action Fairness Act of 2005, 28 U.S.C. §§ 1332(D), 1453, and 1711-1715, Defendant served written notice of the proposed class settlement as directed.

1

On October 22, 2025, upon consideration of Plaintiff's Preliminary Approval Motion and the record, this Court entered an order preliminarily approving the class action settlement Pursuant to the Order Preliminarily Approving the Settlement, this Court, among other things, (i) preliminarily approved the proposed settlement and

(ii) set the date and time of the final fairness hearing. (Filing No. 59).

On December 31, 2025, Plaintiff filed his motion for attorneys' fees, costs, and expenses, and an incentive award. (Filing Nos. 60-61).

On February 23, 2026, Plaintiff filed his motion for final approval of class action settlement (the "Final Approval Motion"). (Filing No. 65).

On March 31, 2026, a final fairness hearing was held pursuant to Fed. R. Civ. P. 23 to determine whether the claims asserted in the Lawsuit satisfy the applicable prerequisites for class action treatment and whether the proposed settlement is fundamentally fair, reasonable, adequate, and in the best interest of the settlement class members and should be approved by this Court. The Court also heard the parties on whether Plaintiff's counsel's fees, costs, and expenses, and an incentive award should be approved.

The Court has read and considered the Settlement Agreement, the Motion for Fees, Costs, Expenses, and An Incentive Award (Filing No. 60), and the record of these proceedings.

NOW, THEREFORE, IT IS HEREBY ORDERED:

For the reasons set forth in Plaintiff's motion for attorneys' fees, costs, and expenses, and an incentive award, (Filing No. 60) and( Filing No-61), and pursuant to class counsel's showing at the fairness hearing held before the Court, that class counsel's request for an award of attorneys' fees of $580,796.42 of the settlement fund, is **APPROVED**, as is Plaintiff's request for an incentive award of $10,000. Class counsel's request for reimbursement of reasonable

litigation costs and expenses in the total amount of $28,925.60 is likewise **APPROVED**. *See id.*

     **SO ORDERED**.

Date:   3/31/2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Katherine Culora
Hogan Lovells LLP
katherine.culora@hoganlovells.com

James L. Davidson
Greenwald Davidson Radbil PLLC
jdavidson@gdrlawfirm.com

Carolyn Anne DeLone
Hogan Lovells US LLP
carolyn.delone@hoganlovells.com

Fleming Farrell
Hogan Lovells US LLP
fleming.farrell@hoganlovells.com

Adam K. Levin
Hogan Lovells US LLP
adam.levin@hoganlovells.com

Dana J. Oliver
OLIVER LAW CENTER, INC.
8780 19th Street &#035;559
Rancho Cucamonga, CA 91701

Anthony Paronich
PARONICH LAW. P.C.
anthony@paronichlaw.com

Paul A. Wolfla
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
paul.wolfla@faegredrinker.com