**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

|  |  |
|---|---|
| BRAD PATTERSON,<br><br>          Plaintiff,<br><br>v.<br><br>OPTUMRX, INC.,<br><br>          Defendant. | Civil Case No.: 1:24-cv-00689-TWP-KMB |

**NOTICE OF FIRM NAME CHANGE AND UPDATED CONTACT INFORMATION**

PLEASE TAKE NOTICE of a law firm name change and updated contact information for

the following counsel for Defendant OptumRx, Inc.:

HOGAN LOVELLS CADWALADER US LLP
Adam K. Levin
555 13th Street NW
Washington, DC 20004
Tel: (202) 637-6846
adam.levin@hlc.com

HOGAN LOVELLS CADWALADER US LLP
Carolyn A. DeLone
555 13th Street NW
Washington, DC 20004
Tel: (202) 637-4860
carrie.delone@hlc.com

HOGAN LOVELLS CADWALADER US LLP
Katherine I. Culora
555 13th Street NW
Washington, DC 20004
Tel: (202) 804-7890
katherine.culora@hlc.com

HOGAN LOVELLS CADWALADER US LLP
E. Fleming Farrell
555 13th Street NW
Washington, DC 20004
Tel: (202) 637-5600
fleming.farrell@hlc.com

Date: July 20, 2026                          Respectfully submitted,

                                             */s/ Carolyn A. DeLone*
                                             Adam K. Levin (admitted *pro hac vice*)
                                             Carolyn A. DeLone (admitted *pro hac vice*)
                                             Katherine I. Culora (admitted *pro hac vice*)
                                             E. Fleming Farrell (admitted *pro hac vice*)
                                             HOGAN LOVELLS CADWALADER US LLP
                                             555 13th Street NW
                                             Washington, DC 20004
                                             Tel: (202) 637-5600
                                             Fax: (202) 637-5910
                                             adam.levin@hlc.com
                                             carrie.delone@hlc.com
                                             katherine.culora@hlc.com
                                             fleming.farrell@hlc.com

                                             *Counsel for Defendant OptumRx, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 20, 2026, a true and correct copy of this document filed through the ECF system will be sent electronically to all counsel of record.

*/s/ Carolyn A. DeLone*
Carolyn A. DeLone